516 A.2d 1172

**Glenda ROBBINS, Petitioner,**

v.

**The TRAVELERS INSURANCE COMPANY and Pennsylvania Assigned Claims Plan, Respondent.**

Supreme Court of Pennsylvania.

Oct. 9, 1986.

Petition for Allowance of Appeal GRANTED, No. 132 E.D. Appeal Docket 1986.